UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE DON SCOTT, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br> Defendant. | Case No. 2:24-cv-9924-SRM-E <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [20]** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of the United States Magistrate Judge. Further, no objections to the Report and Recommendation were filed within the time allowed for Objections. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that Judgment shall be entered dismissing the action without prejudice.

**IT IS FURTHER ORERED** that the Clerk serve forthwith copies of this Order and the Judgment of this date on Plaintiff.

Dated: July 28, 2025.

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE