JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE DON SCOTT, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION,<br><br>    Defendant. | Case No. 2:24-cv-9924-SRM-E<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the action is dismissed without prejudice.

Dated:  July 28, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE